**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JEFFERY EDMOND,

        Plaintiff,

v.                                 Case No. 3:08-cv-1184-J-34JRK

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

        Defendant.
_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 27; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on February 9, 2011. In the Report, Magistrate Judge Klindt recommends that the Commissioner of Social Security's (the Commissioner) decision be reversed and the case remanded to the ALJ for further proceedings. See Report at 23. The Commissioner has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007). Upon independent review of the file and for the reasons stated in the Magistrate

Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 27) is **ADOPTED** as the opinion of the Court.

2. The Clerk of the Court is directed to enter judgment pursuant to sentence four of 42 U.S.C. § 405(g) as incorporated by § 1383(c)(3) **REVERSING** the Commissioner's decision and **REMANDING** this matter to the ALJ with instructions to reevaluate the finding at step one that Plaintiff engaged in substantial gainful activity during the entire relevant time period; to attempt to gather the missing medical documentation; and to take such other action as may be necessary to resolve this claim properly.

3. The Clerk of the Court is further directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of March, 2011.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja
Copies to:
Counsel of Record